**STATE of Missouri, Respondent,**

v.

**Nathaniel MITCHELL, Appellant.**

No. 73808.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 25, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1999.

Application for Transfer Denied Aug. 24, 1999.

Jason S. Marks, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Defendant was convicted by a jury of possession of a short-barreled rifle and driving with a revoked license. Defendant appeals the judgment and sentence entered on the convictions. We have reviewed the briefs of the parties and the record on appeal and find no error of law.

An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 30.25(b).